# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,492,324
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### JAMES DEAN

TRUSTEES OF THE JAMES DEAN FOUNDATION (INDIANA TRUST)
1000 WATERWAY BOULEVARD
INDIANAPOLIS, IN 46202

FOR: CLOTHING, NAMELY, T-SHIRTS, JACKETS AND HEADWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 12-0-1984; IN COMMERCE 12-0-1984.
OWNER OF U.S. REG. NO. 1,440,661.
THE NAME ON THE DRAWING IDENTIFIES A DECEASED INDIVIDUAL.

SER. NO. 664,302, FILED 6-2-1987.

CRAIG K. MORRIS, EXAMINING ATTORNEY

Int. Cl.: 21

Prior U.S. Cls.: 30 and 50

**United States Patent and Trademark Office**  Reg. No. 1,496,806  Registered July 19, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### JAMES DEAN

JAMES DEAN FOUNDATION (INDIANA TRUST)
1000 WATERWAY BOULEVARD
INDIANAPOLIS, IN 46202

FOR: GIFTWARE —NAMELY, PORCELAIN PLATES, MUGS AND FIGURINES, IN CLASS 21 (U.S. CLS. 30 AND 50).

FIRST USE 9-1-1984; IN COMMERCE 9-1-1984.

OWNER OF U.S. REG. NO. 1,440,661.

SER. NO. 573,073, FILED 12-12-1985.

HENRY S. ZAK, EXAMINING ATTORNEY