**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| JAMES DEAN, INC., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 25-cv-2058 |

**SCHEDULE A TO COMPLAINT**

| DOE No. | Defendant Name | Seller URL |
|---|---|---|
| 1 | Shop1103248060 Store | aliexpress.com/store/1103256021 |
| 2 | Shop1104053534 Store | aliexpress.com/store/1104053535 |
| 3 | men_essentials | dhgate.com/store/top-selling/22006878.html |
| 4 | dahamsam-22 | ebay.com/usr/dahamsam-22 |
| 5 | Allbluetees | allbluetees.com/ |
| 6 | GeekteesUS | geekteesus.com/ |
| 7 | Hole Shirts | holeshirts.com |
| 8 | Radio Days Retro Limited | radiodaysretro.co.uk |
| 9 | Serenashirt | serenashirt.com/ |
| 10 | advgvhg | us.shein.com/store/home?store_code=6835431735 |
| 11 | bnfhy | us.shein.com/store/home?store_code=3570306740 |
| 12 | cd vcbhujuy | us.shein.com/store/home?store_code=4055232387 |
| 13 | dfdehb dtyh | us.shein.com/store/home?store_code=7001692280 |
| 14 | dgsdhshgs | us.shein.com/store/home?store_code=5337029608 |

| DOE No. | Defendant Name | Seller URL |
| --- | --- | --- |
| 15 | drhfgjfgk | us.shein.com/store/home?store_code=6218286740 |
| 16 | DSRTHDFGHDS | us.shein.com/store/home?store_code=5269797266 |
| 17 | feixunn | us.shein.com/store/home?store_code=8230257650 |
| 18 | fshjdf | us.shein.com/store/home?store_code=7701683288 |
| 19 | Glow9 | us.shein.com/store/home?store_code=7033514117 |
| 20 | gsdxcdff | us.shein.com/store/home?store_code=7402637303 |
| 21 | hrhrt ere | us.shein.com/store/home?store_code=9429676325 |
| 22 | jrjkkk | us.shein.com/store/home?store_code=9456314183 |
| 23 | kdhuufjnhfjn | us.shein.com/store/home?store_code=6288606871 |
| 24 | kgfrdyse | us.shein.com/store/home?store_code=4392152127 |
| 25 | KongDuan | us.shein.com/store/home?store_code=9569336756 |
| 26 | liliujun123 | us.shein.com/store/home?store_code=4094189884 |
| 27 | linchanghong11 | us.shein.com/store/home?store_code=3395887506 |
| 28 | liuzefengshop | us.shein.com/store/home?store_code=3086582752 |
| 29 | Lvping Shop | us.shein.com/store/home?store_code=5547246964 |
| 30 | Megan Reertion | us.shein.com/store/home?store_code=8236917365 |
| 31 | peimu | us.shein.com/store/home?store_code=3397887858 |
| 32 | SDFF BNHH | us.shein.com/store/home?store_code=7635899608 |
| 33 | sdgfdhbfvsgthtrfh | us.shein.com/store/home?store_code=5294799605 |
| 34 | sfbnjmkjkl | us.shein.com/store/home?store_code=8709870204 |
| 35 | shazhengbaihuo | us.shein.com/store/home?store_code=9070449059 |
| 36 | shenzhentongshop | us.shein.com/store/home?store_code=9360311888 |

| DOE No. | Defendant Name | Seller URL |
|---|---|---|
| 37 | Sports Experts | us.shein.com/store/home?store_code=8327192159 |
| 38 | ta1n2gjin shop 021us | us.shein.com/store/home?store_code=4208733781 |
| 39 | tai yuan shi ao bo tong shang ma o you xian gong si | us.shein.com/store/home?store_code=4337202023 |
| 40 | tdfujfdgdrhfyjytgj | us.shein.com/store/home?store_code=5609542202 |
| 41 | tuohuan | us.shein.com/store/home?store_code=5202201424 |
| 42 | vgsgsad | us.shein.com/store/home?store_code=4485252834 |
| 43 | xiajiajun | us.shein.com/store/home?store_code=5641914578 |
| 44 | xiang yang shi xian heng shang m ao you xian gong s | us.shein.com/store/home?store_code=8912009614 |
| 45 | XiaoBaiXiong | us.shein.com/store/home?store_code=2436510386 |
| 46 | yehud | us.shein.com/store/home?store_code=5269302475 |
| 47 | Yinj | us.shein.com/store/home?store_code=9674266345 |
| 48 | yuanbiao | us.shein.com/store/home?store_code=5267812046 |
| 49 | yueyangh | us.shein.com/store/home?store_code=1278609308 |
| 50 | zdhfkfghk | us.shein.com/store/home?store_code=7829854077 |
| 51 | zhangjiawei | us.shein.com/store/home?store_code=4405443730 |
| 52 | zhangjinshop | us.shein.com/store/home?store_code=6969456680 |
| 53 | ZouYiningshop | us.shein.com/store/home?store_code=2377028937 |
| 54 | zxxbxcbxcn | us.shein.com/store/home?store_code=4127036148 |
| 55 | DSIFHOEDS | temu.com/dsifhoeds-m-634418225433830.html |
| 56 | KJXABCOO | temu.com/kjxabcoo-m-634418222558282.html |
| 57 | LINWENCC | temu.com/linwencc-m-634418225410914.html |
| 58 | MoreColors | temu.com/morecolors-m-634418220487423.html |

| DOE No. | Defendant Name | Seller URL |
|---|---|---|
| 59 | PP Fashionable | temu.com/pp-fashionable-m-634418226205000.html |
| 60 | SE Cups are Selling WelL | temu.com/sesese-m-634418223511174.html |
| 61 | TMMAKEA | temu.com/tmmakea-m-634418225679536.html |
| 62 | WTY QPL | temu.com/wty-qpl-m-634418215195954.html |
| 63 | WTY TY | temu.com/wty-ty-m-634418216359955.html |
| 64 | young lin | temu.com/young-lin-m-634418219924222.html |
| 65 | xiangxiangzhang | walmart.com/global/seller/102940365 |
| 66 | hfgjhsf | us.shein.com/store/home?store_code=7293988769 |
| 67 | ART TREE TIME | temu.com/-time-m-634418225325087.html |
| 68 | BaiSheng B | temu.com/-b-m-634418214606292.html |
| 69 | Fan Fanti | temu.com/fan--m-634418224680381.html |
| 70 | HZL Wall Art | temu.com/hzl-wall-art-m-634418225880437.html |
| 71 | LancY | temu.com/-m-634418218529223.html |
| 72 | Dramashirt | dramashirt.com/ |
| 73 | bei jing shang li hui teng jian zhu gong cheng you | us.shein.com/store/home?store_code=9967459864 |
| 74 | dfhfgdfhfthfhdrgf | us.shein.com/store/home?store_code=8893933422 |
| 75 | dsddss | us.shein.com/store/home?store_code=5491333814 |
| 76 | eifhipa | us.shein.com/store/home?store_code=6693774033 |
| 77 | lkygnr | us.shein.com/store/home?store_code=2258974475 |
| 78 | SDHBFGMJYJUHG | us.shein.com/store/home?store_code=9535003865 |
| 79 | sfdhshyfh | us.shein.com/store/home?store_code=3654941403 |
| 80 | SFGDSD | us.shein.com/store/home?store_code=7412281871 |

| DOE No. | Defendant Name | Seller URL |
|---|---|---|
| 81 | Shi Xuan Lie | us.shein.com/store/home?store_code=4869312387 |
| 82 | ssgdsgdsg | us.shein.com/store/home?store_code=7378617115 |
| 83 | WKSFMMIFO | us.shein.com/store/home?store_code=9111342113 |
| 84 | xcv fvghj m | us.shein.com/store/home?store_code=2490336044 |
| 85 | Yizhen Shop | us.shein.com/store/home?store_code=9289147256 |
| 86 | NCRCCA | temu.com/ncrcca-m-634418221310828.html |
| 87 | SHENGCHENJIAN CLOTHING | temu.com/shengchenjian-clothing-m-634418224012406.html |

4859-5709-3263, v. 1