IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES DEAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 25-cv-2058-DAE <br><br> Honorable David A. Ezra |

## DECLARATION OF SOFIA HASTINGS

I, Sofia Hastings, of the city of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Western District of Texas and the United States District Court for the Northern District of Illinois. I am the attorney for Plaintiff, James Dean, Inc. ("Dean" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, several financial accounts associated with the Defendant Internet Stores have been frozen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this Monday, January 26, 2026 in Chicago, Illinois.

Dated: January 26, 2026

Respectfully submitted,

/s/ *Sofia Hastings*
Sofia Hastings