IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES DEAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 25-cv-2058-DAE <br><br><br> Honorable David A. Ezra |

## CERTIFICATE OF SERVICE

I, Sofia Hastings, certify and declare that I am over the age of 18 years, residing in Cook County, Chicago, Illinois, and I am an attorney for Plaintiff, James Dean, Inc. ("Plaintiff") in this action. On January 26, 2026, I emailed copies of the Complaint, Schedule A, Motion for Preliminary Injunction on all Defendants listed on Schedule A based on e-mail addresses provided by the third-party online marketplace platforms in response to Plaintiff's third-party subpoenas. The Defendants were contemporaneously provided a link to Plaintiff's publication website where the aforementioned pleadings and other relevant documents are located.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 26, 2026                    Respectfully submitted,

                                           /s/ *Sofia Hastings*
                                           Sofia Hastings