UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| James Dean, Inc., | § | |
| | § | |
| Plaintiff, | § | NO:  AU:25-CV-02058-DAE |
| vs. | § | |
| | § | |
| The Partnerships and Unincorporated | § | |
| Associations Identified, | § | |
| | § | |
| Defendant. | | |

## ORDER SETTING PRELIMINARY INJUNCTION HEARING
## (VIA VIDEO CONFERENCE)

It is hereby ORDERED that the above entitled and numbered case is set for a video conference hearing on the pending MOTION for Preliminary Injunction (Dkt no. 12) before Senior U.S. District Judge David Alan Ezra in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, January 30, 2026 at 09:00 AM**. The Court will send the video conference information to the parties.

IT IS SO ORDERED.

DATED: Austin, Texas January 27, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE